# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WENDY W. FRICKEY and | ) | |
| KEITH FRICKEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:09-CV-00264 |
| | ) | Judge Haynes |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY and | ) | |
| PROGRESSIVE HAWAII | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Come the parties, through counsel, and pursuant to F.R.C.P. 41 (1)(ii), and would move the

Court to voluntarily dismiss this case, without prejudice.  The parties have resolved this matter

through a negotiated settlement between counsel of record.

Respectfully submitted,

**BUTLER, ELKIN & ASSOCIATES**


By: **/s/Julie-Karel Elkin**
  **Julie-Karel Elkin**
  BPRN 17231
  Attorney for Plaintiffs
  417 Washington Square
  222 Second Avenue North
  Nashville, Tennessee 37201
  (615)244-3300

**FEENEY & MURRAY, P.C.**


By: **/s/John Thomas Feeney**
  **John Thomas Feeney**
  BPRN 11482
  Attorney for Defendants
  P.O. Box 198685
  Nashville, Tennessee 37219-8685
  (615) 242-3700