IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY and KEITH FRICKEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:09-00264 |
| v. ) | JUDGE HAYNES |
| ) | |
| PROGRESSIVE CASUALTY INSURANCE ) | |
| CO., and PROGRESSIVE HAWAII INSURANCE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon stipulation of dismissal (Docket Entry No. 14) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED without prejudice**.

Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 11th day of December, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge